IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 2025 104301 MMDB

COUNTY OF VOLUSIA

Plaintiff,

v.

FRANKLYN CELINO MARCIA,

Defendants.

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA:

NOTICE OF REMOVAL

COMES NOW, Franklyn Marcia, the Defendant/Petitioner, proceeding pro se, and per 28 U.S.C. § 1455(a), 28 U.S.C. § 1443, respectfully removes the above-captioned action from the City Island Courthouse, Volusia County, to the United States District Court for the Middle District of Florida, and states as follows:

I. GROUNDS FOR REMOVAL

This Court has jurisdiction over this matter pursuant to 18 U.S.C § 112(e), 18 U.S.C § 1201(e), as the claims arise under the U.S. Constitution and federal law, particularly concerning violations of constitutional rights like kidnapping of an agent of the united states, and violating the foreign sovereign immunity act dismissing the political status of the agent and forcing him under coercion without his consent into the special maritime and territorial jurisdiction of the United States 18 U.S.C. 1201(a)(2). The issues presented involve constitutional protections against unlawful detention/kidnapping, unreasonable searches and seizures, and deprivation of rights under the Fourth, Fifth, Sixth, Tenth, Amendments of the U.S. Constitution. As it pertains to the case at hand, any law or action by state actors that contradicts or is repugnant to the U.S. Constitution is considered null and void per as per Marbury v. Madison, 5 U.S. (1 Cranch) 137 (1803) and federal law supersedes state law under the Supremacy Clause (Article VI, Clause 2) of the U.S. Constitution. Therefore, actions that violate fundamental constitutional rights,

including unlawful arrests or seizures and detention without a corpus delecti depriving of life, liberty, and the pursuit of happiness, invokes federal jurisdiction to uphold the constitutional protections. The defendant, entitled to the protections given by the U.S. Constitution. The actions of the state actors (plaintiff) in unlawfully kidnapping the Attorney in fact of the defendent without probable cause of a crime being committed before demanding identification and arresting the American national without a warrant for a misdemeanor (Carpenter V. Mills, 29 How Pr 473) are repugnant to constitutional protections and therefore defendable under federal law. The defendant has exercised their right by demanding a request for proof of claim stating relief to be granted and the judge called it a sovereign citizen ideology so according to this it is a violation of 28 U.S.C 1433 • The county ordinance criminalizes constitutionally protected behavior and is selectively enforced. • The state prosecutor has refused to dismiss charges despite clear federal violations, showing systemic disregard for federal protections. "For a crime to exist there must be an injured party" Sherar V. Cullen (1973) and the county of Volusia cannot be a prosecutor if they are the injured party. The County of Volusia violates Article one section 8 clause 17 of the U.S Constitution by kidnapping an American national without reasonable articulable suspicion the agent committed a crime. So, the courts have jurisdiction on this issue pursuant to Article 3 section 2 of the U.S Constitution and all statements made above.

## II. PROCEDURAL REQUIREMENTS

Timeliness of Removal (28 U.S.C. § 1455(B)(1)), This Notice of Removal is timely filed within 30 days of receiving notice of the state court action.

## III. VENUE

Venue is proper in the United States District Court for the Middle District of Florida because the plaintiff is a United States Citizen (15 U.S.C. 4724(e)(1)/U.S National residing in the State of Florida, as this is the federal district embracing the Island City Courthouse in and for Volusia County where the criminal prosecution is pending.

## IIII. RELIEF REQUESTED

WHEREFORE, Petitioner removes this case from the island city courthouse to the United States District Court for the Middle District of Florida, and respectfully requests:

1. That this Court claim full jurisdiction over this matter;
2. Any further relief the Court deems just and proper.
3. Dismiss the unconstitutional charges with prejudice

Dated: March 25, 2025

Sincerely and done in good faith,

Without Prejudice, Without Recourse

*Franklyn Marcia*

FRANKLYN CELINO MARCIA

Pro Se Petitioner

404 Eagle Circle, Casselberry, Florida 32707

Email:Fmarcia280@gmail.com

Phone number: 321-460-2821